UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BLAKE COOLEY, | Case No.: 2:19-cv-00653-APG-BNW |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE FOR WANT OF PROSECUTION** |
| v. | |
| MSC MERCHANT SERVICE CENTER, LLC, | [ECF No. 20] |
| Defendant. | |

On August 11, 2021, plaintiff Blake Cooley was advised by the court (ECF No. 20) that under Local Rule 41-1 this case would be dismissed for want of prosecution unless by September 10, 2021 Cooley took action in this case. Since then, Cooley has failed to take any action. Nor has he shown cause why this case should not be dismissed.

I THEREFORE ORDER that this lawsuit is DISMISSED without prejudice.

Dated: September 14, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE